Roosevelt POSEY, Plaintiff–Appellant,

v.

DEPARTMENT OF the NAVY, John F. Lehman, Secretary, Defendants–Appellees.

No. 88–8869
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 17, 1989.

Michael C. Daniel, Asst. U.S. Atty., Macon, Ga., for defendants-appellees.

Before TJOFLAT, HILL and JOHNSON, Circuit Judges.

PER CURIAM:

The decision appealed from is AFFIRMED for the reasons stated in the Order by the Honorable Wilbur D. Owens, Jr., United States District Judge, filed on October 18, 1988, in the Middle District of Georgia, Athens Division. *Posey v. Webb,* 697 F.Supp. 1218 (M.D.Ga.1988).

AFFIRMED.